Case No: 14-00710

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re: **Khosro Mehrazar**

Case No: **14-00710**

Chapter: 13

Property Address:   **1317 SUNNYSIDE DRIVE BERKELEY, IL   60163**

Last four digits of any number you use to identify the debtor's account: **4796**

Court Claim No. (if known)   **4**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**Bank of America, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **06/29/2018** and filed as Docket No. **42**

### Pre-Petition Default Payments    Applicable option is checked.

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: **$0.00**

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments    Applicable option is checked.

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☑ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$599.26**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 14-00710

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor    ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X  /s/Timothy Johnson                                07/16/2018
       Signature                                     Date (MM/DD/YYYY)

First Name: Timothy          Middle Name:          Last Name: Johnson

Title: Attorney for Creditor

Company: Marinosci Law Group. P.C.

Address: 134 N. LaSalle St., Suite 1900

City: Chicago          State: IL          Zip: 60602

Phone: 312-940-8580

Case No: 14-00710

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

| Description | Date Incurred | Amount |
| --- | --- | --- |

Case No: 14-00710

# UNITED STATES BANKRUPTCY COURT

### Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date Incurred | Amount |
|---|---|---|
| Post Petition Fee Notice | 11/6/2014 | $599.26 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re: Khosro Mehrazar                                    Case No. 14-00710

         Debtor                                           Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2018, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Marilyn O Marshall
courtdocs@chi13.com

Joseph M D'Onofrio
ndil@geracilaw.com

Ryan S Fojo
ndil@geracilaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

I further certify that on July 05, 2018, a copy of the foregoing Appearance was mailed by first-class U.S. Mail, postage prepared and properly addressed to the following:

Khosro Mehrazar
1317 Sunnyside Drive
Berkeley, IL 60163

                                                            /s/ Vanessa Socarras

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
Telephone: 312-940-8580
Facsimile: 312-988-0454
vsocarras@mlg-defaultlaw.com